UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | Docket Nos. 3:03CR80 (JBA) and |
| VS. | : | 3:03CR162 (JBA) |
| | | |
| FOOK YONG TAN | : | April 7, 2006 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

    Respectfully submitted,

    Kevin J. O'Connor
    United States Attorney


    Christine Sciarrino
    Assistant United States Attorney
    P.O. Box 1824
    New Haven, CT 06510
    (203) 821-3780/Fax: (203) 773-5392
    Email: Christine.Sciarrino@usdoj.gov
    Federal No. CT3393

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 7th day of April, 2006 to:

Fook Yong Tan
Reg. No. 69894-053
FMC Devens
P.O. Box 879
Ayer, Massachusetts   01432-0879

_____
Christine Sciarrino